In the Matter of LEONID G. GARTH, Appellant, v LISA BENET, Assessor, Richmond Board of Assessment Review, et al., Respondents. [910 NYS2d 758]—Appeal from an order of the Supreme Court, Ontario County (William F. Kocher, A.J.), entered June 12, 2009 in a proceeding pursuant to RPTL article 7. The order, insofar as appealed from, denied the motion of petitioner for summary judgment.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Smith, J.P., Peradotto, Carni, Sconiers and Gorski, JJ.

MARLIN DAVIS, Respondent, v HOSPITALITY MOTELS USA, INC., Also Known as TRAVEL LODGE, Appellant. [910 NYS2d 736]—Appeal from an order of the Supreme Court, Niagara County (Ralph A. Boniello, III, J.), entered October 15, 2009 in a personal injury action. The order denied the motion of defendant for summary judgment dismissing the complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Smith, J.P., Peradotto, Carni, Sconiers and Gorski, JJ.